# EXHIBIT B

## Civil Action No. 1:23-cv-1466



Rhonda Regan
Claim Professional
General Liability

Mailing Address
P.O. Box 650293
Dallas, TX 75265-0293

P O Box 650293
Dallas, TX 75265-0293

rregan@travelers.com

(214) 570-6037
(800) 238-6208 ext. 6037
(877) 786-5577 (fax)

*Via Email Only*
Jromero@jw.com

May 19, 2023

Jackson Walker, LLP
Joshua A. Romero
100 Congress Ave, Ste 1100
Austin, TX  78701

**Re:**   *Jasmin Munoz, individually and as personal representative of the Estate of Antelmo Ramirez, Sr., Deceased, Karina Ramirez and Antelmo Ramirez, Jr. v. Tesla, Inc.; Belcan, LLC; Belcan Engineering Group, LLC; and Belcan Services Group Limited Partnership and Gaspar Cano, Jr.;* **Cause No: 2022-27251; 152nd JDC, Harris County, TX**
**Insured:**   **Belcan Services Group, Ltd. Partnership**
**Claim No:**   **FZG5826**
**Date of Loss:  9/28/2021**

Dear Mr. Romero:

This will acknowledge receipt of your letter dated July 5, 2022 addressed to Belcan Services Group, Ltd. Partnership ("Belcan") and will serve as response to your tender for defense and indemnity of Tesla, Inc. ("Tesla") pursuant to the Master Services Agreement ("MSA") between Tesla and Belcan.  For reasons discussed below, it is Travelers' position that there is no coverage under the policy for the claims asserted against Tesla.

THE COMPLAINT

We have reviewed the Plaintiffs' Second Amended Petition which alleges Antelmo Ramirez, Sr. ("Decedent") "was performing work on behalf of the Defendants at the project" [Tesla giga-factory construction project in Austin, TX].  "The Decedent performed heavy labor job tasks at the worksite, including construction, installing and pounding stakes and boards for concrete framework.  During his work, he was exposed to the recognized hazard of high ambient heat with a heat index in excess of 98 degrees Fahrenheit in direct sun while performing his job duties.  As a result of the exposure to excessive heat, Decedent exhibited an altered mental status to his co-workers.  He was taken into a trailer on the site, where he became unresponsive.  Medical staff began treatment until EMS arrived.  By the time EMS arrived, Decedent's temperature was 106.4 degrees.  Unfortunately, the medical treatment he received on the scene was unable to save him.  The Decedent died of hyperthermia as a result of excessive heat conditions he worked in."

May 19, 2023
Page 2

The Petition alleges the following negligence on the part of Tesla:
(a) Failing to properly select, hire, train and manage Defendant's employees at the worksite;
(b) Failing to properly select, hire, train and manage independent contractors;
(c) Failing to implement proper and adequate safety methods and/or procedures;
(d) Failing to take reasonable precautions for Decedent's safety;
(e) Failing to provide Decedent with a reasonably safe place to work;
(f) Failing to provide medical treatment and care to Decedent;
(g) Failing to properly and adequately provide safety training, planning, and information to Defendant's employees in the event emergency medical care was needed;
(h) Failing to inspect the work;
(i) Failing to properly monitor the weather and temperature conditions at the worksite;
(j) Failing to properly monitor and oversee safety in the workplace;
(k) Failing to properly supervise the work being performed;
(l) Failing to recognize and remediate hazards posed by significant temperatures at the worksite;
(m) Failing to provide adequate warning to Decedent of the dangerous condition(s);
(n) Failing to adequately and properly mitigate harm during work, including implementing adequate procedures regarding the temperature;
(o) Failing to exercise due care and caution;
(p) Violating OSHA regulations and standards; and
(q) Other acts of negligence and/or omissions to be shown at trial herein.

## THE CONTRACT

We have reviewed the MSA between Tesla and Belcan ("supplier") pursuant to Tesla's tender for additional insured coverage and contractual indemnification in this case.

The contract includes the following clause related to insurance:

**10.  INSURANCE**

**10.1  Types of Insurance.** At all times throughout the Term, Seller shall procure and maintain (and shall cause each subcontractor to maintain), at its sole cost and expense, and upon request furnish to Tesla a certificate evidencing the following insurance: (a) commercial general liability insurance with minimum coverage of at least One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury and/or property damage, as well as contractual liability coverage and naming Tesla as an additional insured; (b) employer's liability insurance with minimum coverage of at least One Million Dollars ($1,000,000); (c) automobile liability insurance on all owned, non-owned and/or hired vehicles with minimum coverage of at least One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury and/or property damage, and physical damage insurance for the actual cash value of each such vehicle; (d) if applicable, all risk property perils insurance covering the full replacement value of Tesla Property while in Seller's care, custody, or control and naming Tesla as loss payee; and (e) errors and omissions liability insurance covering liability for loss or damage due to an act, error, omission or negligence, with a minimum limit per event of One Million Dollars ($1,000,000). Seller shall also comply with all applicable workers' compensation and/or other Laws that may accrue in favor of any Seller Personnel in all locales where Seller Personnel perform(s) in connection with the Agreement.

**10.2  Insurance, Generally.** Supplier will be responsible for all deductibles and retentions with regard to its insurance. In the case of loss or damage or other event that requires notice or other action under the terms of any insurance coverage described above, Supplier will be solely responsible for taking such action. Supplier will provide Tesla with contemporaneous notice and such other reasonable and relevant information as Tesla may request regarding the event. The policies shall: (a) be primary and not contributory with any liability coverage carried by Tesla or any Affiliate of Tesla; (b) name Tesla and any other entity reasonably requested by Tesla as additional insureds; (c) provide for severability of interests; (d) provide for waiver of subrogation; (e) be with one or more insurance companies rated A minus or better (as determined by A.M. Best & Company), and licensed to do business in the locations where Services are to be performed; and (f) require the insurer to give Tesla at least 30 days' prior written notice of any restrictive change, non-renewal or cancellation that may affect Tesla's rights thereunder. Supplier will furnish to Tesla a certificate evidencing such coverage, upon request.

May 19, 2023
Page 3

The contract also includes the following clause related to indemnification:

**11. INDEMNIFICATION**

**11.1** *Indemnification by Supplier.* Supplier will indemnify, defend and hold harmless Tesla, its Affiliates and their respective officers, directors, employees, agents and representatives (collectively, "***Tesla Indemnitees***"), from any and all losses arising from, in connection with, or based on allegation of any of the following: (a) any Claim by, on behalf of or relating to Supplier Personnel; (b) any Claim that, if true, would constitute a breach of Supplier's obligations under Section 6 (Confidentiality); (c) any Claim that, if true, would arise from or be attributable to a breach of Supplier's obligations under Section 2.7 (Compliance with Laws and Tesla Policies); (d) any Claim that, if true, would arise from or be attributable to a breach of Supplier's obligations under Section 9.2 (Non-Infringement); (e) any Claim for death or bodily injury, or the damage, loss or destruction of real or tangible personal property of third parties (including employees of Tesla and Supplier and their respective subcontractors) caused by the tortious conduct of Supplier, any Supplier Personnel, or any of Supplier's third-party suppliers; and (f) the inaccuracy or untruthfulness of any representation or warranty made by or on behalf of Supplier in the Agreement.

## THE POLICY

We have reviewed Travelers Policy Number TC2J-GLSA-134D2981-TIL-21 ("the Policy") issued to Belcan Services Group Limited Partnership with effective dates February 1, 2021- February 1, 2022.

In the MSA, Belcan agreed to obtain CGL coverage naming Tesla as additional insured on a primary basis. The policy issued to Belcan includes an endorsement titled BLANKET ADDITIONAL INSURED which could provide Tesla with additional insured coverage subject to the following terms:

> Any person or organization that you agree in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only:
>
> **a.** With respect to liability for "bodily injury" or "property damage" that occurs, or for "personal injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement and while that part of the contract or agreement is in effect; and
>
> **b.** If, and only to the extent that, such injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the written contract or agreement applies. Such person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

In this case, although Tesla would qualify as an additional insured under Belcan's policy, the coverage is limited to injuries caused by acts or omissions of Belcan or its subcontractors in the performance of their work. The endorsement specifically provides that Tesla would not qualify as an additional insured for its independent acts or omissions. In the lawsuit, Tesla is being sued for its own alleged negligent conduct not the acts or omissions of Belcan. Therefore, the claims against Tesla are not within the scope of coverage provided by the additional insured endorsement under Belcan's policy.

Further, it is our understanding that Tesla directed and controlled the construction site. As controller of the worksite, Tesla may be considered the Decedent's employer, which may implicate the Employer's Liability Exclusion under the policy, which states:

May 19, 2023
Page 4

      **2. Exclusions**
      This insurance does not apply to:
      \*\*\*
      **e. Employer's Liability**
      "Bodily injury" to:
      **(1)**    An "employee" of the insured arising out of and in the course of:
          **(a)** Employment by the insured; or
          **(b)** Performing duties related to the conduct of the insured's business

Belcan also has no contractual obligation to indemnify and/or defend Tesla in this case as the injury is not alleged to have resulted from any act or omission of Belcan, its agents or subcontractors. The Petition alleges Tesla was active in the construction operations and Decedent's injury/death arose from those operations.

For the above stated reasons, Travelers hereby denies your tender for defense and indemnity at this time.

Sincerely,

*Rhonda Regan*

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
Rhonda Regan
Claim Professional