**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TESLA, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-1466 |
| | § | |
| **TRAVELERS PROPERTY AND,** | § | |
| **CASUALTY COMPANY OF AMERICA** | § | |
| *Defendant.* | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

Plaintiff Tesla, Inc., and Defendant Travelers Property hereby serve notice that they have successfully resolved all claims between them. As a result, the Parties are now working on the terms of a final Settlement Agreement and Release. The Parties expect that all steps necessary to filing a Stipulation of Dismissal can be completed within the next thirty (30) days. Consequently, the parties jointly ask that all deadlines, hearings, and other matters be removed from the docket and litigation stayed for 30 days pending filing of final settlement documents.

*[Signature on next page]*

Respectfully submitted,

By: /s/ *Joshua A. Romero*
    Joshua A. Romero
    State Bar No. 24046754
    Jackson Walker L.L.P.
    100 Congress Avenue, Suite 1100
    Austin, Texas 78701
    (512) 236-2000 – Tel.
    (512) 236-2002 – Fax.
    jromero@jw.com
    *Signed with Permission*

**ATTORNEY FOR PLAINTIFF**

-AND

By: *s/ Brad A. Allen*
    **Christopher W. Martin**
    State Bar No. 13057620
    Federal I.D. No. 13515
    MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
    808 Travis, Suite 1100
    Houston, Texas 77002
    Telephone: (713) 632-1700
    Facsimile: (713) 222-0101
    Email: martin@mdjwlaw.com
    And
    Brad A. Allen
    Texas Bar No. 00796115
    Federal I.D. 00796115
    E-Mail: allen@mdjwlaw.com
    MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
    11467 Huebner Road, Suite 175
    San Antonio, Texas 78230
    Telephone: (214) 298-2444
    Facsimile: (214) 298-2479

**ATTORNEY FOR DEFENDANT, TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on March 25, 2024.

| | |
|---|---|
| Joshua A. Romero<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>***ATTORNEYS FOR PLAINTIFF*** | *Via email:* jromero@jw.com<br>sgallagher@jw.com<br>& E-file |

*/s Brad A. Allen*
Brad A. Allen.